FJN:NDB/RMP
F. #2022R00452/NY-NYE-865

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 23-287 (ARR) |
| FREDDY FERNANDEZ HERNANDEZ, also known as "El Negro" and "Negro Freddy," | (T. 21, U.S.C., §§ 853(p), 881(a) and 960(b)(2)(B)(ii); T. 28, U.S.C., § 2461(c); T. 46, U.S.C., §§ 70503(b), 70504(b)(2), 70506(a), 70506(b) and 70507(a); T. 18, U.S.C., §§ 3238 and 3551 et seq.) |
| Defendant. | |

-  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  - X

THE UNITED STATES ATTORNEY CHARGES:

CONSPIRACY TO VIOLATE THE MARITIME DRUG LAW ENFORCEMENT ACT

1. In or about and between June 2020 and December 2020, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant FREDDY FERNANDEZ HERNANDEZ, also known as "El Negro" and "Negro Freddy," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, which offense involved a substance containing cocaine, a Schedule II controlled substance, contrary to Title 46, United States Code, Section 70503(a)(1). The amount of cocaine involved in the conspiracy attributable to the defendant as a result of his own

conduct, and the conduct of other conspirators reasonably foreseeable to him, was five hundred grams or more of a substance containing cocaine.

(Title 46, United States Code, Sections 70506(b), 70506(a), 70503(b) and 70504(b)(2); Title 21, United States Code, Section 960(b)(2)(B)(ii); Title 18, United States Code, Sections 3238 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 46, United States Code, Section 70507(a), Title 21, United States Code, Section 881(a) and Title 28, United States Code, Section 2461(c), which require the forfeiture of: (a) all monies, negotiable instruments, securities, and other things of value furnished or intended to be furnished by any person in exchange for a controlled substance listed chemical in violation of Title 46, United States Code, Section 70503; (b) all proceeds traceable to such an exchange, and all monies, negotiable instruments, and securities used or intended to be used to facilitate any violation of Title 46, United States Code, Section 70503; (c) all conveyances, including aircrafts, vehicles, and vessels which were used or intended for use, to transport, or in any manner to facilitate the transport, sale, possession, or concealment of, property as described in Title 21, United States Code, Sections 881(a)(1), 881(a)(2), or 881(a)(9).

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant's up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(p) and 881(a); Title 28, United States Code, Section 2461(c); Title 46, United States Code, Section 70507(a))

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2022R00452/NY-NYE-865
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

---

THE UNITED STATES OF AMERICA

*vs.*

FREDDY FERNANDEZ HERNANDEZ,
*also known as* "El Negro" *and* "Negro Freddy,"

Defendant.

---

# INFORMATION

(T. 21, U.S.C., §§ 853(p), 881(a) and 960(b)(2)(B)(ii); T. 28, U.S.C.,
§ 2461(c); T. 46, U.S.C., §§ 70503(b), 70504(b)(2), 70506(a), 70506(b)
and 70507(a); T. 18, U.S.C., §§ 3238 and 3551 et seq.)

---

A true bill.

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

*Nomi D. Berenson and Robert M. Pollack, Assistant U.S. Attorneys*