# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Freddy Fernandez Hernandez

CASE NUMBER: 23-CR-287

I, __Freddy Fernandez Hernandez__, the above named defendant, who is accused of Conspiracy to violate the Maritime Drug Law Enforcement Act, in violation of Title 46, U.S.C., Sections 70506

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/10/23__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before: s/Allyne R. Ross
_____
Judicial Officer

_____
AUSA