CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.        JAN.19,2024       Time: 11:00am

CR-23-287_____            DEFT NUMBER:____

DEFT NAME: **Freddy Fernandez Hernandez**_____

    X  present       ___ not present       x  cust.        ___ bail

DEFENSE COUNSEL: **Kathryn Wozencroft**_____

    x  present       ___ not present       ___CJA     ___RET.     XLAS


**A.U.S.A.**: **Nomi Berenso**n & Robert Pollack     CLERK: D. LaSalle

Reporter: Georgette Betts_____        PO: Erica Vest____

INT:   (LANG.-Spanish ) Sean McCarthy_____


XXX  CASE CALLED.     ___ SENTENCING ADJ'D TO _____.

X   SENTENCING HELD.    x   STATEMENTS OF DEFT AND COUNSEL HEARD.

x   DEFT SENTENCED ON COUNT ___One_____ OF THE

Information.

  Defendant is sentenced to 60 months incarceration to be followed by 4 years supervised release; A special assessmnet of $100.00 is imposed.

  REMAINING OPEN COUNTS ARE DISMISSED ON  ___ GOVTS MOTION

                                                                 ___ COURT'S MOTION

_x_  COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___  DEFT REMANDED.          ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:**_____